DURIE TANGRI LLP
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorney for Defendants
GORD HENRICH; PIPELINE INVESTIGATION
TECHNOLOGY ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELECTRO SCAN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORD HENRICH, an individual; PIPELINE INVESTIGATION TECHNOLOGY ASSOCIATES, a foreign corporation; MTA-Messtechnik GmbH, a foreign corporation,<br><br>Defendants. | Case No. 2:18-cv-02689-JAM-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**<br><br>Ctrm: 6 - 14th Floor<br>Judge: Hon. John A. Mendez |

Pursuant to Eastern District of California Civil Local Rule 144, Defendants Gord Henrich and Pipeline Investigation Technology Associates ("Defendants") hereby request to extend the time that Defendants have to answer or otherwise respond to the Amended Complaint in this matter until **January 11, 2019**. Plaintiff Electro Scan, Inc. ("Plaintiff") does not oppose this request.

Defendants' original deadline to respond to the Amended Complaint was November 19, 2018. Prior to having retained undersigned counsel, Mr. Henrich obtained consent from Plaintiff to an extension of time to respond to the Amended Complaint until December 17, 2018 on behalf of himself and PITA. However, no stipulation concerning this extension was filed with the Court. Undersigned counsel was retained to represent Defendants earlier this week. Defendants request this extension to enable new counsel to familiarize himself with the pleadings and facts before submitting a response.

The total extension of time from the original deadline sought via this motion is 53 days. This extension does not affect any other deadlines set by the Court or any other parties.

Dated: December 20, 2018           DURIE TANGRI LLP

                                   By: _____*/s/ Eugene Novikov*_____
                                           EUGENE NOVIKOV

                                   Attorney for Defendant
                                   GORD HENRICH; PIPELINE INVESTIGATION
                                   TECHNOLOGY ASSOCIATES

Dated: December 20, 2018           FINNERTY LAW OFFICE INC.

                                   By: _____*/s/ Kathleen Finnerty*_____
                                           KATHLEEN FINNERTY

                                   Attorney for Plaintiff
                                   ELECTRO SCAN INC.

| | |
|---|---|
| 1 | **<u>FILER'S ATTESTATION</u>** |
| 2 | Pursuant to Civil L.R. 131(e), regarding signatures, I, Eugene Novikov, attest that concurrence in |
| 3 | the filing of this document has been obtained. |
| 4 | Dated: December 20, 2018 |
| 5 | */s/ Eugene Novikov* |
| 6 | EUGENE NOVIKOV |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: 12/20/2018      /s/ John A. Mendez
                      HONORABLE JOHN A. MENDEZ
                      UNITED STATED DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eugene Novikov*
EUGENE NOVIKOV