DURIE TANGRI LLP
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorney for Defendants
GORD HENRICH and PIPELINE INTEGRITY
TECHNOLOGY ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELECTRO SCAN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORD HENRICH, an individual; PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES, a foreign corporation; MTA-MESSTECHNIK GMBH, a foreign corporation,<br><br>Defendants. | Case No. 2:18-cv-02689-JAM-EFB<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**<br><br>Ctrm: 6 - 14th Floor<br>Judge: Honorable John A. Mendez |

Pursuant to Eastern District of California Civil Local Rule 144, Plaintiff, Electro Scan, Inc. ("Plaintiff") and Defendants Gord Henrich and Pipeline Integrity Technology Associates (collectively, "Defendants") (collectively, the "Parties") hereby stipulate to extend the time that Defendants have to answer or otherwise respond to the Amended Complaint in this matter through and including February 1, 2019.

Defendants previously requested an extension for the deadline to respond to Plaintiff's Amended Complaint to allow for time for counsel to familiarize himself with the case. ECF Docket No. 20. The court granted the extension, and the current deadline to respond to the Amended Complaint is January 11, 2019. ECF Docket No. 21.

Per the Court's order, counsel for the Parties met and conferred on January 3, 2019 regarding the Amended Complaint and Defendants' contemplated motions to dismiss under Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6), as well as Defendants' contemplated Anti-SLAPP motion to strike. Plaintiff is considering possible amendments to the Amended Complaint to address the issues raised during the Parties' meet and confer. Accordingly, the Parties stipulate as follows:

Plaintiff will advise Defendants on or before January 18, 2019 as to whether Plaintiff will file a Second Amended Complaint.

If Plaintiff advises Defendants that Plaintiff will not seek to file a Second Amended Complaint, Defendants will file a motion or other responsive pleading on February 1, 2019.

If Plaintiff advises Defendants that Plaintiff will seek to file a Second Amended Complaint, Plaintiff will file that Second Amended Complaint on or before February 1, 2019, and Defendants will answer or otherwise respond within the time afforded by Federal Rule of Civil Procedure 15(a)(3). Defendants agree not to oppose Plaintiffs' request to file a Second Amended Complaint so long as it does not add new causes of action.

Defendants expressly preserve their personal jurisdiction and venue defenses pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

///

//

//

The total extension of time from the original deadline sought via this motion is 74 days. This extension does not affect any other deadlines set by the Court or any other parties.

Dated: January 4, 2019            DURIE TANGRI LLP

By:    */s/ Eugene Novikov*
      EUGENE NOVIKOV

Attorney for Defendants
GORD HENRICH and PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES

Dated: January 4, 2019            FINNERTY LAW OFFICES INC.

By:    */s/ Kathleen Finnerty*
      KATHLEEN FINNERTY

Attorney for Plaintiff
ELECTRO SCAN INC.

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 131(e), regarding signatures, I, Eugene Novikov, attest that concurrence in the filing of this document has been obtained.

Dated: January 4, 2019

                                            */s/ Eugene Novikov*
                                              EUGENE NOVIKOV

## **ORDER**

IT IS SO ORDERED.

Dated: 1/4/2019                                /s/ John A. Mendez
                                               HONORABLE JOHN A. MENDEZ
                                               UNITED STATED DISTRICT JUDGE