1  DURIE TANGRI LLP
   EUGENE NOVIKOV (SBN 257849)
2  enovikov@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA 94111
   Telephone:   415-362-6666
4  Facsimile:   415-236-6300

5  Attorney for Defendants
   GORD HENRICH and PIPELINE INTEGRITY
6  TECHNOLOGY ASSOCIATES

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9                     SACRAMENTO DIVISION

| | |
|---|---|
| ELECTRO SCAN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORD HENRICH, an individual; PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES, a foreign corporation; MTA-MESSTECHNIK GMBH, a foreign corporation,<br><br>Defendants. | Case No. 2:18-cv-02689-JAM-EFB<br><br>**FURTHER STIPULATION CONCERNING TIME TO ANSWER OR RESPOND TO COMPLAINT**<br><br>Ctrm:  6 - 14th Floor<br>Judge: Honorable John A. Mendez |

Pursuant to Eastern District of California Civil Local Rule 144, Plaintiff Electro Scan, Inc. ("Plaintiff") and Defendants Gord Henrich and Pipeline Integrity Technology Associates (collectively, "Defendants") (collectively, the "Parties") hereby stipulate to the following schedule for Plaintiff to file a Second Amended Complaint and for Defendants to answer or otherwise respond to the operative Complaint.

Following a meet and confer on Defendants' contemplated motion to dismiss the amended complaint and Anti-SLAPP motion to strike, the Parties previously stipulated to an extension to February 1, 2019 for Defendants to answer or otherwise respond to the Amended Complaint. The Parties also stipulated that Plaintiff would advise Defendants by January 18, 2019 whether it will seek to file a Second Amended Complaint to address the issues raised during the Parties' meet and confer. The Parties stipulated that if Plaintiff decided to seek to amend, it would do so by February 1, 2019.

Per the Parties' stipulation, Plaintiff advised Defendants that it would seek to file a Second Amended Complaint.

Accordingly, the Parties further stipulate as follows:

Per the Parties' earlier stipulation, Plaintiff will seek to file a Second Amended Complaint on or before February 1, 2019. Per the Parties' earlier stipulation, Defendants will not oppose Plaintiff's request to file a Second Amended Complaint so long as it does not add new causes of action. Per the Parties' earlier stipulation, Defendants will answer or otherwise respond to the Second Amended Complaint within the time afforded by Federal Rule of Civil Procedure 15(a)(3).

If, for whatever reason, Plaintiff does not seek to file a Second Amended Complaint on or before February 1, 2019, Defendants shall have until February 14, 2019 to answer or otherwise respond to the Amended Complaint. If Plaintiff is unable to amend its Amended Complaint, Defendants shall have 14 days after a motion to amend is denied to answer or otherwise respond to the Amended Complaint.

Defendants expressly preserve their personal jurisdiction and venue defenses pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

The total extension of time from the original deadline sought via this motion is 88 days. This extension does not affect any other deadlines set by the Court or any other Parties.

| | |
|---|---|
| Dated: January 29, 2019 | DURIE TANGRI LLP |
| | By: _/s/ Eugene Novikov_<br>EUGENE NOVIKOV |
| | Attorney for Defendants<br>GORD HENRICH and PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES |
| Dated: January 29, 2019 | FINNERTY LAW OFFICES INC. |
| | By: _/s/ Kathleen Finnerty_<br>KATHLEEN FINNERTY |
| | Attorney for Plaintiff<br>ELECTRO SCAN INC. |

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 131(e), regarding signatures, I, Eugene Novikov, attest that concurrence in the filing of this document has been obtained.

Dated: January 29, 2019

_/s/ Eugene Novikov_
EUGENE NOVIKOV

## **ORDER**

IT IS SO ORDERED.

Dated: 1/29/2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATED DISTRICT JUDGE