DURIE TANGRI LLP
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorney for Defendants
GORD HENRICH and PIPELINE INTEGRITY
TECHNOLOGY ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELECTRO SCAN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORD HENRICH, an individual; PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES, a foreign corporation; MTA-MESSTECHNIK GMBH, a foreign corporation,<br><br>Defendants. | Case No. 2:18-cv-02689-JAM-EFB<br><br>**STIPULATION CONCERNING TIME TO RESPOND TO COMPLAINT IN LIGHT OF PENDING MOTION TO AMEND**<br><br>Ctrm: 6 - 14th Floor<br>Judge: Honorable John A. Mendez |

On February 11, 2019, the Court ordered Defendants Gord Henrich and Pipeline Integrity Technology Associates (collectively, "Defendants") to respond to Plaintiff Electro Scan, Inc. ("Plaintiff")'s First Amended Complaint, ECF Nos. 1 and 7, within 20 days. ECF No. 36. Later that day, Plaintiff filed a motion to further amend the Complaint. ECF No. 37.

For the sake of efficiency and to preserve the Parties' and the Court's resources, the Parties hereby stipulate that Defendants need not answer or otherwise respond to the First Amended Complaint until the Court decides Plaintiff's Motion to Amend. The Parties further stipulate that within 20 days of the Court's ruling on Plaintiff's Motion to Amend, Defendants shall answer or otherwise respond to the First Amended Complaint (if the motion is denied) or to the Second Amended Complaint (if the motion is granted).

Defendants expressly preserve their personal jurisdiction and venue defenses pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

This extension does not affect any other deadlines or any other Parties.

Dated: February 19, 2019            DURIE TANGRI LLP

By:    */s/ Eugene Novikov*
      EUGENE NOVIKOV

Attorney for Defendants
GORD HENRICH and PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES

Dated: February 19, 2019            FINNERTY LAW OFFICES INC.

By:    */s/ Kathleen Finnerty*
      KATHLEEN FINNERTY

Attorney for Plaintiff
ELECTRO SCAN INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 131(e), regarding signatures, I, Eugene Novikov, attest that concurrence in the filing of this document has been obtained.

Dated: February 19, 2019

                */s/ Eugene Novikov*
                EUGENE NOVIKOV

**ORDER**

IT IS SO ORDERED.

Dated: 2/19/2019           /s/ John A. Mendez
                  HONORABLE JOHN A. MENDEZ
                  UNITED STATED DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eugene Novikov*
EUGENE NOVIKOV