KATHLEEN E. FINNERTY (SBN 157638)
PATRICIA J. WOLFE (SBN 310750)
**FINNERTY LAW OFFICES INC.**
1430 Blue Oaks Blvd., Suite 200
Roseville, California 95747
O: 916.899.5072
KFinn@KFinnertyLaw.com

Attorneys for Plaintiff,
ELECTRO SCAN, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRO SCAN, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GORD HENRICH, an individual; PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES, a foreign corporation; MTA-Messtechnik GmbH, a foreign corporation, <br><br> Defendants. | Case No. 2:18-cv-02689-JAM-EFB <br><br> **STIPULATION OF DISMISSAL** |

## **STIPULATION AND *PROPOSED* ORDER OF DISMISSAL WITH PREJUDICE**

Subject to the endorsement of the Court, Electro Scan, Inc. and MTA-Messtechnik GmbH, stipulate that Electro Scan Inc. hereby dismisses its Complaint against MTA in this action with prejudice as to all activities through and including the date of execution of this Stipulation, each Party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated April 10, 2019 | FINNERTY LAW OFFICES INC. |
| | By: /s/ Kathleen E. Finnerty |
| | Kathleen E. Finnerty (SBN 157638) |
| | |
| | Attorney for Plaintiff |
| | ELECTRO SCAN INC. |
| | |
| Dated April 10, 2019 | YOUNG & THOMPSON |
| | By: /s/ Jeffrey M. Goehring |
| | Jeffrey M. Goehring (SBN 233002) |
| | Douglas V. Rigler (admitted *Pro Hac Vice*) |
| | |
| | Attorneys for Defendant |
| | MTA-Messtechnik GmbH |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 131(e), regarding signatures, I, Kathleen Finnerty, attest that concurrence in the filing of this document has been obtained.

Dated: April 10, 2019

By: /s/ Kathleen E. Finnerty
Kathleen E. Finnerty

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| Dated: April 10, 2019 | /s/ John A. Mendez |
| | HONORABLE JOHN A. MENDEZ |
| | UNITED STATED DISTRICT JUDGE |