1  DURIE TANGRI LLP
   EUGENE NOVIKOV (SBN 257849)
2  enovikov@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA 94111
   Telephone:    415-362-6666
4  Facsimile:    415-236-6300

5  Attorneys for Defendants
   GORD HENRICH and
6  PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELECTRO SCAN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORD HENRICH, an individual; PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES, a foreign corporation; MTA-MESSTECHNIK GMBH, a foreign corporation,<br><br>Defendants. | Case No. 2:18-cv-02689-JAM-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Ctrm:  6 - 14th Floor<br>Judge: Honorable John A. Mendez |

Subject to the endorsement of the Court, Electro Scan, Inc., Gord Henrich, and Pipeline Integrity Technology Associates, stipulate that Electro Scan, Inc. hereby dismisses its Complaint (ECF Nos. 1 and 7) against Gord Henrich and Pipeline Integrity Technology Associates in this action with prejudice. The dismissal of the claims in the Complaint is with prejudice to refiling in this Court, in another District Court, or in state court, as to all activities through and including the date of execution of this Stipulation. The parties stipulate that each Party shall bear its own attorney's fees and costs.

Dated: April 10, 2019      DURIE TANGRI LLP

By: */s/ Eugene Novikov*
EUGENE NOVIKOV

Attorney for Defendants
GORD HENRICH and PIPELINE INTEGRITY TECHNOLOGY ASSOCIATES

Dated: April 10, 2019      FINNERTY LAW OFFICES INC.

By: */s/ Kathleen Finnerty*
KATHLEEN FINNERTY

Attorney for Plaintiff
ELECTRO SCAN INC.

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 131(e), regarding signatures, I, Eugene Novikov, attest that concurrence in the filing of this document has been obtained.

Dated: April 10, 2019

*/s/ Eugene Novikov*
EUGENE NOVIKOV

### **ORDER**

IT IS SO ORDERED.

Dated: April 10, 2019      /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATED DISTRICT JUDGE